No. 678          December 20, 2023          715

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

NATALYA V. KHIMICH,
*Petitioner,*

*v.*

EMPLOYMENT DEPARTMENT
and Oregon Health Sciences University,
*Respondents.*

Employment Appeals Board
2022EAB0402; A178961

Argued and submitted November 6, 2023.

Ray D. Hacke argued the cause for petitioner. Also on the briefs was Pacific Justice Institute.

Emily N. Snook, Assistant Attorney General, argued the cause for respondent Employment Department. Also on the brief were Ellen F. Rosenblum, Attorney General, and Benjamin Gutman, Solicitor General.

Misha Isaak argued the cause for respondent Oregon Health & Science University. Also on the brief were Whitney Brown and Stoel Rives LLP.

Before Tookey, Presiding Judge, and Egan, Judge, and Kamins, Judge.

PER CURIAM

Reversed and remanded. *Lavelle-Hayden v. Employment Dept.*, 326 Or App 490, 533 P3d 75 (2023).